UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1846

LINDA S. RAYNOR,

Plaintiff - Appellant,

versus

JUDGE MARIN C. HILLSMAN,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Samuel G. Wilson, District Judge.  (5:06-cv-00057-sgw)

Submitted: November 15, 2006          Decided:  November 17, 2006

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Linda S. Raynor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Linda S. Raynor appeals the district court's order dismissing as frivolous Raynor's motion "to remove Judge Marin C. Hillsman from the bench." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Raynor v. Hillsman</u>, No. 5:06-cv-00057-sgw (W.D. Va. filed June 26, 2006 & entered June 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>